# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-475-RJC-DCK

| | |
|---|---|
| SHEATINA SPARKS and JESSE SPARKS, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| COLOPLAST CORP., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 82) filed by Charles McB. Sasser, concerning Kathryn Grace Hooten on September 30, 2019. Kathryn Grace Hooten seeks to appear as counsel *pro hac vice* for Plaintiff Sheatina Sparks. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 82) is **GRANTED**. Kathryn Grace Hooten is hereby admitted *pro hac vice* to represent Plaintiff Sheatina Sparks.

**SO ORDERED**.

Signed: October 1, 2019

David C. Keesler
United States Magistrate Judge