UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00475-RJC-DCK

| | |
|---|---|
| SHEATINA SPARKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLOPLAST CORP., ) <br> ) <br> Defendant. ) <br> ) | ORDER |

**THIS MATTER** comes before the Court on Defendant's Motion for Partial Summary Judgment, (Doc. No. 57), and Defendant's Motion to Exclude or Limit Certain Opinions and Testimony of Bruce Rosenzweig, M.D., (Doc. No. 59).

This case is part of multidistrict litigation pending in the Southern District of West Virginia, Master File No. 2:12-MD-02387, MDL No. 2387. On September 24, 2019, this case was transferred to the Western District of North Carolina. (Doc. No. 78.) Prior to the case being transferred, Defendant filed a Motion for Partial Summary Judgment, (Doc. No. 57), and a Motion to Exclude or Limit Certain Opinions and Testimony of Bruce Rosenzweig, M.D., (Doc. No. 59).

**IT IS THEREFORE ORDERED** that:

1. Defendant's Motion for Partial Summary Judgment, (Doc. No. 57), and Motion to Exclude or Limit Certain Opinions and Testimony of Bruce Rosenzweig, M.D., (Doc. No. 59), are **DENIED without prejudice** to refiling in this Court; and

2. The parties shall file a status report within fourteen days of the date of this Order.

Signed: February 21, 2020

Robert J. Conrad, Jr.
United States District Judge