IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-475-RJC-DCK

| SHEATINA SPARKS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| COLOPLAST CORP., | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay" (Document No. 97) filed December 17, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will deny the motion.

By the instant motion the parties request a thirty (30) day stay of this case. The motion offers no explanation or context for the parties' request. Moreover, there do not appear to be any pending deadlines to stay, and there has been no activity in this case since the filing of a "Joint Status Report" (Document No. 96) on March 6, 2020.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay" (Document No. 97) is **DENIED WITHOUT PREJUDICE**.

Signed: December 22, 2020

David C. Keesler
United States Magistrate Judge